NORAH COTTINGHAM, as Administratrix, etc., of THOMAS F. COTTINGHAM, Deceased, Appellant, v. INTERBOROUGH RAPID TRANSIT COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and McAvoy, JJ.

MAGNUS N. JENSEN and Another, Copartners, etc., Respondents, v. JOSEPH J. WEINHANDLER, Impleaded with DOUGLAS BARNES and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.

LOUIS WHITMAN, Respondent, v. ELIAS WEIL and Another, Copartners, etc., Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.

JOSEPH MIGLIACCIO, Appellant, v. MERCANTILE INSURANCE COMPANY OF AMERICA, Respondent.— Judgment reversed and new trial ordered, with costs to the appellant to abide the event on the ground that upon the testimony offered on behalf of plaintiff, there was a question of fact for the consideration of the jury as to what was the actual cost of the car. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.

A. W. DUCKETT & COMPANY, INC., Appellant, v. HAROLD SPIELBERG, Respondent.— Judgment and order reversed and new trial ordered, with costs to the appellant to abide the event, and the case ordered to be placed upon the calendar of the Special Term for trial, it appearing upon the face of the complaint that the cause of action stated is in equity and dismissal of the complaint after answer was error. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.

WILLIAM C. SCHWENK, Appellant, v. EMILY E. SCHWENK, Respondent.— Judgment and order reversed and new trial ordered, upon the ground that the verdict was against the weight of the evidence. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.

JACOB GOODMAN, Respondent, v. BERLIN & JONES ENVELOPE Co., INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.

EDWARD THORGERSEN, an Infant, by MARGARET THORGERSEN, His Guardian ad Litem, Respondent, v. MORSE DRY DOCK AND REPAIR COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.

ERIC M. DE SHERBININ, Respondent, v. BREMER-WALTZ CORPORATION, Appellant, Impleaded with Another.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

GEORGE J. GOULD and Others, as Executors, etc., v. GEORGE J. GOULD, Individually, etc., and Others.— Motions granted; questions certified. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.